IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CRIMINAL NO. 97-132 (DRD) |
| | * | |
| DALVI VELEZ ARDIN, | * | |
| Defendant. | * | |
| _____ | * | |

## MOTION REQUESTING EARLY TERMINATION
## OF SUPERVISED RELEASE TERM

TO THE HONORABLE DANIEL R. DOMINGUEZ,
JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO.

COMES NOW Dalvi Velez Ardin through the undersigned counsel and respectfully alleges and prays as follows:

1. Dalvi Velez Ardin was sentenced by this Honorable Court to serve seventy (70) months imprisonment on March 10, 1999. Upon release from imprisonment he would serve five (5) years in supervised release.

2. Mr. Velez was released on September 19, 2003.

3. Ms. Velez has been in supervised release for the past three (3) years, and has complied with all the conditions of his release.

4. He is currently employed with New Age Communications Inc., where he started as an installer and is currently a field supervisor.

5. Mr. Velez has complied with all the conditions after his release, has never been reprimanded by the Probation Officer, nor has been censured for any conduct. Full disclosure of his life and activities to the Probation Officer who has his supervision has characterized their relationship.

6. Mr. Velez deserves to be released from his obligations as a reward for full compliance with his conditions of release and full rehabilitation.

WHEREFORE it is respectfully requested that this Honorable Court order the early termination of the supervised release term imposed on Mr. Velez Ardin.

In San Juan, Puerto Rico this 12th day of February, 2007.

*s/Laura Maldonado Rodriguez*
LAURA MALDONADO RODRÍGUEZ
USDC-PR 205701
lmr7771@aol.com

**CERTIFICATE OF SERVICE**

On February 12, 2007, copy of this MOTION was filed through the electronic filing system. Counsel certifies the United States Attorney for the District of Puerto Rico, Rosa E. Rodriguez with office at Torre Chardon, Suite 1201, 350 Carlos Chardon Ave., Hato Rey, Puerto Rico, 00918, is the attorney designated to receive copy of all filings in the case.

In San Juan, Puerto Rico, this 12th day of February, 2007.

*s/Laura Maldonado Rodriguez*
LAURA MALDONADO RODRÍGUEZ
USDC-PR 205701
lmr7771@aol.com
P.O. BOX 11533
SAN JUAN, P.R. 00922-1533
TEL. (787) 281-8606