

VIERNES 9 DE FEBRERO DE 2007

A QUIEN CORRESPONDA:

LA PRESENTE ES PARA CERTIFICARLES QUE EL SR. DALVI VELEZ ARDIN CON NUMERO DE S.S. 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 COMENZO A TRABAJAR CON NUESTRA COMPAÑÍA DESDE EL 2004 COMO INSTALADOR CONTRATRISTA, ESTUVO FUERA EN EL 2005 Y EN EL 2006 REGRESO A LABORAR CON NOSOTROS COMO SUPERVISOR DE CAMPO DE NUESTRA EMPRESA HASTA EL PRESENTE.



COORDIALMENTE

WILLIAM ZAPATA
VICEPRESIDENTE

PARA MAYOR INFORMACION PUEDEN LLAMARNOS DE LUNES A VIERNES DE 8:00AM-5:00PM AL (787) 556-6207