IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **DALVI VELEZ-ARDIN.** Defendant. | **CRIMINAL NO. 97-132 (DRD)** |

**UNITED STATES' NOTICE TO THE COURT**
**(No objection to early termination of supervised release term)**

TO THE HONORABLE COURT:

COMES NOW the United States of America, through its undersigned attorneys, and very respectfully states, alleges, and prays as follows:

The United States respectfully informs this Honorable Court that it has no objection to the requests set forth in the defendant's MOTION REQUESTING EARLY TERMINATION OF SUPERVISED RELEASE TERM (Docket No. 613), filed on February 12, 2007.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 20th day of February, 2007.

ROSA E. RODRIGUEZ-VELEZ
United States Attorney

s/José Ruiz-Santiago
Assistant U.S. Attorney

*CERTIFICATION OF SERVICE*

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all interested parties in this case.

s/José Ruiz-Santiago