## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

    **vs.**                             **Case Number  3:97-CR-0132-011 (DRD)**

**DALVI VELEZ-ARDIN**
**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

## MOTION IN RESPONSE TO COURT ORDER
## ISSUED ON FEBRUARY 27, 2007

**TO THE HONORABLE DANIEL R. DOMINGUEZ**
**U.S. DISTRICT COURT JUDGE**
**DISTRICT OF PUERTO RICO**

    COMES NOW, SILVIA ORTIZ-IZQUIERDO  U.S. PROBATION OFFICER of this Court, presenting an official report on the conduct and attitude of Mr. Dalvi Vélez-Ardin, who on March 10, 1999, was sentenced to seventy (70) months of imprisonment and a five (5) year Supervised Release Term, after pleading guilty of violating Title 21, <u>United States Code</u>, Section 846. Special conditions ordered by the Court were to pay a Special Monetary Assessment in the amount of $50 and submit to drug testing.

    As of this date, Mr. Dalvi Vélez-Ardin's adjustment to supervision has been favorable except for the fact that he voiced that he will not submit for DNA collection.  As such we oppose to Mr. Vélez-Ardin's petition for Early Termination until this condition is fully satisfied. The case was consulted with the U.S. Attorney's Office as to the Mr. Vélez-Ardin's petition for Early Termination.  A response from the government is pending.

**WHEREFORE**, unless ruled otherwise, it is requested that Early Termination be granted upon the completion of this statutory requirement.

In San Juan, Puerto Rico, this 8th day of March 2007.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


S/ Silvia Ortiz-Izquierdo_____
U.S. Probation Officer
150 Chardon Ave, Rm 400,
San Juan, PR 00918
Phone Number: 787-766-5596
Fax: 787-766-5945
E-mail address: Silvia_Ortiz@prp.uscourts.gov


## CERTIFICATE OF SERVICE

I HEREBY certify that on March 8, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Rosa E. Rodriguez, Acting U.S. Attorney and to Laura Maldonado, Esq.

EUSTAQUIO BABILONIA, CHIEF
U.S. Probation Officer

S/Silvia Ortiz-Izquierdo
U.S. Probation Officer
150 Chardon Ave, Rm 400,
San Juan, PR 00918
Phone Number: 787-766-5596
Fax: 787-766-5945
E-mail address: Silvia_Ortiz@prp.uscourts.gov